IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ARIEL TORRES, et al.,<br><br>                                  Plaintiffs,<br><br>      v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>                                  Defendants. | Case No. 1:24-cv-00731 KES SAB<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR ADMINISTRATIVE RELIEF FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT<br><br>(ECF No. 10) |

       On July 10, 2024, Defendants Hixon, Macomber, Toche, Beltran, Gipson, Narvaiz, Ojeda, and California Department of Corrections and Rehabilitation ("CDCR") requested an extension of time to respond to Plaintiffs' complaint. (ECF No. 10.) Defendants assert that Plaintiffs agreed to the extension of time. The Court finds good cause exists to grant Defendants' unopposed request.

       Accordingly, IT IS HEREBY ORDERED that Defendants Hixon, Macomber, Toche, Beltran, Gipson, Narvaiz, Ojeda, and CDCR shall file a responsive pleading on or before **August 15, 2024.**

IT IS SO ORDERED.

Dated:  **July 16, 2024**                                                                       
                                                            UNITED STATES MAGISTRATE JUDGE