IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ARIEL TORRES,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | Case No. 1:24-cv-00731-KES-SAB<br><br>ORDER GRANTING DEFENDANT TRUONG'S REQUEST FOR ADMINISTRATIVE RELIEF FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT<br><br>(ECF No. 15) |

On June 21, 2024, Plaintiff Estate of Ariel Torres filed this action against Defendants California Department of Corrections and Rehabilitation ("CDCR"), Jeffrey Macomber, Kevin Hixon, Diane Tochea, Connie Gipson, Frederick Beyerlein, Ulises Ojeda, Elizabeth Beltran, Monica Narvaiz, and Bianca Truong. (ECF No. 1.) On August 15, 2024, a motion to dismiss was filed by Defendants Elizabeth Beltran, Frederick Beyerlein, CDCR, Connie Gipson, Kevin Hixon, Jeffrey Macomber, Ulises Ojeda, and Diane Tochea, and a motion for a sixteen-day extension of time for Defendant Truong to file a response to Plaintiff's complaint was filed. (ECF Nos. 14, 15.) An extension of time is sought for Defendant Troung to respond to the complaint as she is a contract physician, her defense has been tendered to CDCR, a decision on the defense is still pending, and

that Plaintiff does not oppose the motion.  (ECF No. 15.)  No opposition to the motion has been filed.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant Truong's unopposed motion for administrative relief for an extension of time to respond to Plaintiff's complaint is GRANTED; and
2. Defendant Truong shall file a response to Plaintiff's complaint on or before **August 30, 2024.**

IT IS SO ORDERED.

Dated:   **August 21, 2024**

UNITED STATES MAGISTRATE JUDGE