UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ARIEL TORRES,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.<br><br>Defendants. | 1:24-cv-00731-KES-SAB<br><br>ORDER DENYING DEFENDANT TRUONG'S REQUEST FOR ADMINISTRATIVE RELIEF TO VACATE RESPONSIVE PLEADING FILING DEADLINE<br><br>ORDER REQUIRING STATUS REPORT RE REPRESENTATION OF DEFENDANT MONICA NARVAIZ<br><br>(ECF No. 18) |

On June 21, 2024, Plaintiff filed a complaint in this action. (ECF No. 1.) On August 15, 2024, Defendant Monica Narvaiz filed an answer to the complaint. (ECF No. 13.) On August 15, 2024, Defendants California Department of Corrections and Rehabilitation, Jeffrey Macomber, Kevin Hixon, Diane Toche, Connie Gipson, Frederick Beryerlein, Ulises Ojeda, and Elizabeth Beltran filed a motion to dismiss. (ECF No. 14.) Defendant Bianca Truong has not filed a responsive pleading.

On August 15, 2024, Bianca Truong requested an extension of time until August 30, 2024 to respond to Plaintiff's complaint. (ECF No. 14.) No party filed an opposition. See L.R. 233(b). Accordingly, on August 15, 2024, the Court granted the motion and ordered that Defendant Truong file a responsive pleading on or before August 30, 2024. (ECF No. 17.)

Currently before the Court is a motion for administrative relief filed by Defendant Truong. (ECF No. 18.) The Court finds an opposition would not aid the Court in deciding the motion.[1]

---

[1] Plaintiffs also filed a motion for administrative relief on August 28, 2024, requesting an extension of time to file an amended complaint. (ECF No. 19.) The Court notes it contains a stipulation between the "Attorney for Defendants CDCR, et al." and Plaintiffs. (Id. at 4.) Because it is unclear if Defendant Narvaiz has stipulated to the motion, the Court cannot construe the filing as a stipulation for an extension of time pursuant to Local Rule 144(a). Thus, the last day to file an opposition to Plaintiffs' motion for administrative relief (ECF No. 19) is September 3, 2024. The Court strongly encourages the parties to file stipulations signed by all parties who have appeared and are affected when requesting extensions of time. L.R. 144(a).

As an initial matter, on July 10, 2024, counsel Corinna Sue Arbiter filed a declaration stating she represents Defendant Narvaiz and requested an extension of time to file a response on behalf of Defendant Narvaiz. (ECF No. 10.) On July 16, 2024, the Court granted the request. (ECF No. 11.) Defendant Narvaiz filed an answer on August 15, 2024, through separate counsel. (ECF No. 13.) Neither Ms. Arbiter nor the Office of the Attorney General is listed as counsel in Defendant Narvaiz's answer. (See ECF No. 13 generally.) No substitution of counsel nor motion to withdraw has been filed. Because it is unclear whether Ms. Arbiter still represents Defendant Narvaiz, the Court shall require Ms. Arbiter to file a status report as to her representation of Defendant Narvaiz, or, alternatively, file a proper motion requesting relief.

Turning to the instant motion, on August 28, 2024, Defendant Truong filed a motion to vacate the August 30, 2024, deadline to respond to Plaintiff's complaint. (ECF No. 18.) Defendant Truong provides no alternative deadline to respond. This Court does not recognize open extensions of time to file responsive pleadings and shall therefore deny the motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant Bianca Truong's motion for administrative relief to vacate the deadline to file a responsive pleading (ECF No. 18 at 2) is DENIED without prejudice; and

2. Counsel Corinna Arbiter shall file a status report regarding her representation of Defendant Narvaiz, or, alternatively, a proper motion requesting relief within **seven (7) days** after entry of this order.

IT IS SO ORDERED.

Dated:   **August 30, 2024**

UNITED STATES MAGISTRATE JUDGE