UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ARIEL TORRES,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.<br><br>Defendants. | 1:24-cv-00731-KES-SAB<br><br>ORDER GRANTNG AMENDED REQUEST FOR ADMINISTRATIVE RELIEF TO CONTINUE DEADLINE FOR DEFENDANT TROUNG'S RESPONSE TO PLAINTIFF'S COMPLAINT UNTIL SEPTEMBER 27, 2024<br><br>(ECF No. 25) |

On June 21, 2024, Plaintiffs filed a complaint in this action. (ECF No. 1.) On August 15, 2024, Defendant Monica Narvaiz filed an answer to the complaint. (ECF No. 13.) On August 15, 2024, Defendants California Department of Corrections and Rehabilitation ("CDCR"), Jeffrey Macomber, Kevin Hixon, Diane Toche, Connie Gipson, Frederick Beryerlein, Ulises Ojeda, and Elizabeth Beltran filed a motion to dismiss, which has been referred to the undersigned for the preparation of findings and recommendations. (ECF Nos. 14, 16.) Defendant Bianca Truong has not filed a responsive pleading.

On August 28, 2024, Plaintiffs filed a motion for administrative relief for an extension of time until September 13, 2024 to file an amended complaint pursuant to Local Rules 233 and 144. (ECF No. 19.) On September 4, 2024, an order was filed granting Plaintiff's request to file an amended complaint. (ECF No. 26.) The ordered provided that Plaintiff shall file an amended complaint or opposition to the motion to dismiss on or before September 13, 2024, and

1

Defendants shall file a responsive pleading or brief in conformance with the Federal Rules of Civil Procedure and Local Rules.[1]  (Id. at 2.)  To the extent that the September 4, 2024 order was ambiguous, the Court shall grant Defendant Navarez's request for administrative relief.

The parties are advised that the Court disfavors motions for administrative relief that do not provide an affidavit of counsel that a stipulation extending time cannot reasonably be obtained with an explanation of the reasons why such a stipulation cannot be obtained.  Future motions for administrative relief without such explanation will be denied.  For the third time, the Court strongly encourages the parties to file a stipulation where they have agreed to the request submitted.

Accordingly, IT IS HEREBY ORDERED that:

1. The amended request for administrative relief to continue the deadline for Defendant Troung's response to Plaintiff's complaint is GRANTED; and
2. Defendant Troung shall file a responsive pleading within **fourteen (14) days** of the filing of Plaintiff's amended complaint or by **September 27, 2024**, if no amended complaint is filed.

IT IS SO ORDERED.

Dated:   **September 6, 2024**

UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that the order granting Plaintiff's motion for administrative relief was docketed after Defendant Truong's request for administrative relief was filed.