# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ARIEL TORRES, et al.,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.<br><br>Defendants. | Case No. 1:24-cv-00731-KES-SAB<br><br>ORDER REQUIRING DEFENDANTS ELIZABETH BELTRAN, FREDERICK BEYERLEIN, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, CONNIE GIPSON, KEVIN HIXON, JEFFREY MACOMBER, ULISES OJEDA, AND DIANE TOCHE TO EITHER FILE A NOTICE OF WITHDRAWAL OF MOTION TO DISMISS OR A NOTICE INFORMING COURT WHY MOTION IS NOT MOOT<br><br>(ECF Nos. 14, 28)<br><br>**FIVE DAY DEADLINE** |

On June 21, 2024, Plaintiff filed the complaint in this action. (ECF No. 1.) On August 15, 2024, Defendants Elizabeth Beltran, Frederick Beyerlein, California Department of Corrections and Rehabilitation, Connie Gipson, Kevin Hixon, Jeffrey Macomber, Ulises Ojeda, and Diane Toche ("Moving Defendants") filed a motion to dismiss the complaint. (ECF No. 14.) The pending motion was referred to the undersigned for the preparation of findings and recommendations. (ECF No. 16.)

In a motion for administrative relief, Plaintiff requested and was granted an extension of time to file a first amended complaint to September 13, 2024. (ECF Nos. 19, 22, 24.) On September 13, 2024, Plaintiff filed a first amended complaint ("FAC"). (ECF No. 28.)

"[A]n amended complaint supersedes the original, the latter being treated thereafter as non-existent" and as no longer performing any function in the case. Ramirez v. County of San Bernardino, 806 F.3d 1002, 1008 (9th Cir. 2015); see also Hal Roach Studios, Inc. v. Richard Feiner & Co., 896 F.2d 1542, 1546 (9th Cir. 1989). The September 13, 2024 FAC has become the operative complaint in this action. The original complaint filed on June 21, 2024—the subject of the pending motion to dismiss—is now non-existent and performs no function in this case. See Ramirez, 806 F.3d at 1008. Because the Moving Defendants' 12(b) motion is attacking a non-existent complaint, the motion is ordinarily denied as moot. See id.; J.M. through McWilliams v. Tulare City Sch. Dist., No. 1:21-CV-1766 AWI EPG, 2022 WL 1489481, at *1 (E.D. Cal. May 11, 2022) (denying motion to dismiss as moot after filing of amended complaint within twenty-one days); Ruffa v. S. California Edison Co., No. 1:22-CV-01556 ADA BAM, 2023 WL 2143399, at *1 (E.D. Cal. Feb. 21, 2023) (same); but see Baday v. Kings Cnty., No. 1:20-CV-00644 ADA SKO, 2022 WL 10631010, at *1 (E.D. Cal. Oct. 18, 2022) (noting that in the "unusual situation…[w]hen the amended complaint is substantially identical to the original…a court can rule on the motion to dismiss with reference to the amended complaint" because "[i]t would be futile to dismiss [a defendant's] motion without prejudice, only to have [the defendant] refile another motion to dismiss with effectively the same arguments") (citation omitted).

Because the filing of the FAC on September 13, 2024 would ordinarily moot the motion to dismiss, the Court shall require the Moving Defendants to file a notice informing the Court why its pending motion is not moot, or, alternatively, file a notice to withdraw its motion to dismiss.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants Elizabeth Beltran, Frederick Beyerlein, California Department of Corrections and Rehabilitation, Connie Gipson, Kevin Hixon, Jeffrey Macomber, Ulises Ojeda, and Diane Toche shall file a notice informing the Court why the pending motion to dismiss (ECF No. 14) is not moot, or, alternatively, file a notice to withdraw the motion to dismiss within **five (5) days** of the date of this order; and

2.  Failure to comply with this order will result in the Court's recommendation to the District Judge that the motion to dismiss (ECF No. 14) be denied as moot.

IT IS SO ORDERED.

Dated:  **September 13, 2024**

UNITED STATES MAGISTRATE JUDGE