UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ARIEL TORRES,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.<br><br>Defendants. | 1:24-cv-00731-KES-SAB<br><br>ORDER DIRECTING CLERK OF THE COURT TO ADMINISTRATIVELY TERMINATE DEFENDANTS' MOTION TO DISMISS<br><br>(ECF No. 14) |

On June 21, 2024, Plaintiffs filed a complaint in this action. (ECF No. 1.) On August 15, 2024, Defendants California Department of Corrections and Rehabilitation ("CDCR"), Jeffrey Macomber, Kevin Hixon, Diane Toche, Connie Gipson, Frederick Beryerlein, Ulises Ojeda, and Elizabeth Beltran filed a motion to dismiss, which was been referred to the undersigned for the preparation of findings and recommendations. (ECF Nos. 14, 16.)

On August 28, 2024, Plaintiffs filed a motion for administrative relief for an extension of time until September 13, 2024, to file an amended complaint pursuant to Local Rules 233 and 144. (ECF No. 19.) On September 4, 2024, an order was filed granting Plaintiff's request to file an amended complaint. (ECF No. 26.) On September 13, 2024, Plaintiff filed an amended complaint and an order issued requiring Defendants to file a notice of withdrawal of the motion to dismiss or a notice informing the court why the motion is not moot. (ECF No. 29.) On September 17, 2024, Defendants filed a withdrawal of their motion to dismiss. (ECF No. 30.)

1

Accordingly, IT IS HEREBY ORDERED that Defendants' motion to dismiss, filed August 15, 2024, (ECF No. 14), shall be disregarded; and the Clerk of the Court is DIRECTED to administratively terminate the motion.

IT IS SO ORDERED.

Dated:   **September 18, 2024**

UNITED STATES MAGISTRATE JUDGE

2