# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ARIEL TORRES,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION et al.,<br><br>    Defendants. | Case No. 1:24-cv-00731-KES-SAB<br><br>ORDER DENYING MOTION FOR LEAVE TO FILE SURREPLY AND DISREGARDING SURREPLY<br><br>(ECF Nos. 42, 43, 44) |

Before the Court is Plaintiff's motion for leave to file a surreply relating to Defendants' motion to dismiss. (ECF No. 33.) The Local Rules of the Eastern District of California provide for a motion, an opposition, and a reply. L.R. 230(l). Neither the Local Rules nor the Federal Rules provide the right to file a surreply, and the Court did not request one. Further, Plaintiff offers no persuasive reason for the Court to allow for a sur-reply in this matter. Therefore, the motion is DENIED. (ECF No. 43.) The Court HEREBY DISREGARDS the October 29, 2024 surreply, which was filed prior to the motion. (ECF No. 42.) This renders Defendants' motion to strike as MOOT. (ECF No. 44.)

IT IS SO ORDERED.

Dated: __October 31, 2024__

UNITED STATES MAGISTRATE JUDGE