1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                          EASTERN DISTRICT OF CALIFORNIA

9

10    ESTATE OF ARIEL TORRES,                    1:24-cv-00731-KES-SAB

11              Plaintiff,                        ORDER GRANTING STIPULATED
                                                  MOTION FOR ADMINISTRATIVE RELIEF
12        v.
                                                  (ECF No. 52)
13    CALIFORNIA DEPARTMENT OF
      CORRECTIONS AND
14    REHABILITATION, et al.

15              Defendants.

16

17           On September 13, 2024, Plaintiffs filed the operative first amended complaint in this

18    action.  (ECF No. 28.)  On September 27, 2024, Defendant Monica Narvaiz filed an answer to the

19    complaint.   (ECF No. 32.)   On September 27, 2024, Defendants California Department of

20    Corrections and Rehabilitation ("CDCR"), Bianca Truong, Jeffrey Macomber, Kevin Hixon,

21    Diana Toche, Connie Gipson, Frederick Beyerlein, Ulises Ojeda, and Elizabeth Beltran filed a

22    motion to dismiss, which was referred to the undersigned for the preparation of findings and

23    recommendations.   (ECF Nos. 14, 16.)    The findings and recommendations were issued on

24    December 20, 2024 (ECF No. 47) and remain pending before the assigned District Judge.

25           On July 9, 2025, the parties filed a stipulated motion for administrative relief stating that

26    Plaintiffs and Defendants Ulises Ojeda and Elizabeth Beltran ("Stipulating Defendants") have

27    agreed to initiate discovery as to the claims against them that are not subject to the pending

28    motion to dismiss. (ECF No. 52.)  The parties agree that initial disclosures shall be due within 28

                                                   1

1   days of the Court's order entering the stipulation. After initial disclosures, the parties agree to

2   engage in written discovery only. The Stipulating Defendants' agreement to engage in discovery

3   does not include an agreement to provide deposition testimony either orally or in writing.  The

4   parties proffer that the Stipulating Defendants are not prejudiced because the scope of discovery

5   will be limited to the claims against the Stipulating Defendants, who are not subjects of the

6   motion to dismiss. Further, initiating discovery may help Plaintiffs narrow the issues and may

7   also facilitate dismissal of some of the Stipulating Defendants.

8          Pursuant to Federal Rule of Civil Procedure 26(d)(1), "[a] party may not seek discovery

9   from any source before the parties have conferred as required by Rule 26(f), except…when

10  authorized...by stipulation, or by court order." Fed. R. Civ. P. 26(d)(1). The Court finds good

11  cause to grant the parties' stipulated motion for administrative relief to seek early discovery

12  pursuant to the terms agreed upon by the parties.

13         Accordingly, good cause appearing and pursuant to the terms of the parties' stipulation, IT

14  IS HEREBY ORDERED that:

15      1.   The stipulated motion for administrative relief for the parties to engage in

16           discovery is GRANTED (ECF No. 52);

17      2.   Written discovery as to the claims against Defendants Ulises Ojeda and Elizabeth

18           Beltran may commence; and

19      3.   Initial disclosures shall be due within 28 days of the date of entry of this order.

20

21  IT IS SO ORDERED.

22  Dated:  __July 10, 2025__                    _____

23                                              STANLEY A. BOONE
                                                United States Magistrate Judge

24

25

26

27

28

2