# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATES OF ARIEL TORRES, et al.,<br>Plaintiffs,<br>v.<br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br>Defendants. | Case No. 1:24-cv-00731-KES-SAB<br>ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT<br>(ECF No. 66) |

Pending before the Court is Plaintiffs' unopposed motion for leave to amend. For good cause shown, the Court GRANTS the motion and DIRECTS Plaintiffs to file their second amended complaint on the docket within **three (3) days** of the entry of this order.

IT IS SO ORDERED.

Dated: **October 16, 2026**

STANLEY A. BOONE
United States Magistrate Judge